| AO 10 Rev. 1/2012 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2011 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Edwards, Harry T. | USCA for D.C. Circuit | 5/10/2012 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Senior Circuit Judge | ☐ Nomination   Date<br>☐ Initial   ☑ Annual   ☐ Final<br>5b. ☐ Amended Report | 01/01/2011 to 12/31/2011 |

**7. Chambers or Office Address**

5500 U.S. Courthouse
333 Constitution Ave., NW
Washington, D.C. 20001

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Insert signature on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐   NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Member | American Law Institute |
| 2. | Member | American Academy of Arts & Sciences |
| 3. | Member | American Bar Association |
| 4. | Board of Directors | Institute of Judicial Administration, NYU Law School |
| 5. | Fellow | American Bar Foundation |
| 6. | Visiting Prof of Law | NYU Law School |
| 7. | Member | Supreme Court Historical Society |
| 8. | Member | Dean's Advisory Committee, University of California at Irvine Law School |
| 9. | | |
| 10. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐   NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 2011 | NYU Law School, Visiting Professor of Law. |

| Name of Person Reporting | Date of Report |
|---|---|
| Edwards, Harry T. | 5/10/2012 |

2. _____

3. _____

| Name of Person Reporting | Date of Report |
|---|---|
| Edwards, Harry T. | 5/10/2012 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME *(yours, not spouse's)* |
|---|---|---|
| 1. 12/31/11 | NYU Law School, Visiting Professor of Law | $185,242.00 |
| 2. 12/31/2011 | Thomson Reuters book royalties | $312.00 |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | NYU Law School, New York, NY | 1/18 - 1/19/2011 | New York City | Teaching | Room, meals, transportation. |
| 2. | NYU Law School, New York, NY | 1/24 - 1/26/2011 | New York City | Teaching | Room, meals, transportation. |
| 3. | NYU Law School, New York, NY | 2/1 - 2/3/2011 | New York City | Teaching | Room, meals, transportation. |
| 4. | NYU Law School, New York, NY | 2/8 - 2/10/2011 | New York City | Teaching | Room, meals, transportation. |
| 5. | NYU Law School, New York, NY | 2/15 - 2/17/2011 | New York City | Teaching | Room, meals, transportation. |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Edwards, Harry T. | 5/10/2012 |

| | | | | |
| --- | --- | --- | --- | --- |
| 6. | NYU Law School, New York, NY | 2/22 - 2/24/2011 | New York City | Teaching | Room, meals, transportation. |
| 7. | NYU Law School, New York, NY | 3/1 - 3/3/2011 | New York City | Teaching | Room, meals, transportation. |
| 8. | NYU Law School, New York, NY | 3/8 - 3/10/2011 | New York City | Teaching | Room, meals, transportation. |
| 9. | NYU Law School, New York, NY | 3/29 - 3/31/2011 | New York City | Teaching | Room, meals, transportation. |
| 10. | Univ of Cal Irvine Law School, Irvine, CA | 4/1 - 4/3/2011 | Irvine, CA | Dean's Advisory Committee | Room, meals, transportation |
| 11. | NYU Law School, New York, NY | 4/20 - 4/21/2011 | New York, NY | Lecture | Room, meals, transportation |
| 12. | NYU Law School, New York, NY | 4/25 - 4/29/2011 | New York, NY | Teaching | Room, meals, transportation. |
| 13. | NYU Law School, New York, NY | 5/17 - 5/18/2011 | New York, NY | Teaching | Room, meals, transportation. |
| 14. | NYU Law School, New York, NY | 8/31 - 9/1/2011 | New York, NY | Teaching | Room, meals, transportation. |
| 15. | NYU Law School, New York, NY | 9/6 - 9/8/2011 | New York, NY | Teaching | Room, meals, transportation. |
| 16. | NYU Law School, New York, NY | 9/13 - 9/14/2011 | New York, NY | Teaching | Room, meals, transportation. |
| 17. | NYU Law School, New York, NY | 9/20 - 9/22/2011 | New York, NY | Teaching | Room, meals, transportation. |
| 18. | NYU Law School, New York, NY | 9/27 - 928/2011 | New York, NY | Teaching | Room, meals, transportation. |
| 19. | NYU Law School, New York, NY | 10/4 - 10/6/2011 | New York, NY | Teaching | Room, meals, transportation. |
| 20. | NYU Law School, New York, NY | 10/11 - 10/13/2011 | New York, NY | Teaching | Room, meals, transportation. |
| 21. | NYU Law School, New York, NY | 10/18 - 10/19/2011 | New York, NY | Teaching | Room, meals, transportation. |
| 22. | UNLV Law School, Las Vegas, NV | 10/25 - 10/28/2011 | Las Vegas, NV | Letures | Room, meals, transportation |
| 23. | NYU Law School, New York, NY | 11/8 - 11/10/2011 | New York, NY | Teaching | Room, meals, transportation. |
| 24. | NYU Law School, New York, NY | 11/15 - 11/18/2011 | New York, NY | Teaching | Room, meals, transportation. |
| 25. | NYU Law School, New York, NY | 11/28 - 12/2/2011 | New York, NY | Teaching | Room, meals, transportation. |
| 26. | NYU Law School, New York, NY | 12/7 - 12/10/2011 | New York, NY | Teaching | Room, meals, transportation. |

| Name of Person Reporting | Date of Report |
|---|---|
| **Edwards, Harry T.** | 5/10/2012 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Citibank Accounts | | None | J | T | | | | | |
| 2. Banknorth (now TD Bank) | | None | J | T | | | | | |
| 3. Justice Federal Credit Union | | None | J | T | | | | | |
| 4. Wells Fargo IRA | | None | M | T | | | | | |
| 5. Bank of America Accounts | | None | J | T | | | | | |
| 6. Vanguard Star Fund | A | Dividend | L | T | | | | | |
| 7. Vanguard Star Fund | A | Dividend | | | Sold (part) | 08/09/11 | K | | |
| 8. Vanguard Prime Money Market | A | Dividend | L | T | | | | | |
| 9. Vanguard Wellesley Fund | A | Dividend | L | T | | | | | |
| 10. Vanguard Wellesley Fund | A | Dividend | | | Buy (add'l) | 08/09/11 | K | | |
| 11. Vanguard Inter-Term Bond Index | A | Dividend | J | T | | | | | |
| 12. | | | | | | | | | |
| 13. | | | | | | | | | |
| 14. | | | | | | | | | |
| 15. | | | | | | | | | |
| 16. | | | | | | | | | |
| 17. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Edwards, Harry T. | 5/10/2012 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Harry T. Edwards**

**NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)**

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544